UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 20-2368 JJO

UNITED STATES OF AMERICA

vs.

FRANCISCO JAVIER LAFAUX-RIVERA,
YIMMI MONTANO-PRECIADO, and
ANDRES FELIPE ANGULO-RODALLEGA,

    Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ____Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes _x_ No

                                        Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By: _____
                                        FREDERIC C. SHADLEY
                                        Assistant United States Attorney
                                        Court ID No. A5502298
                                        11200 NW 20th Street
                                        Miami, FL. 33137
                                        Tel: (786) 566-9849
                                        Frederic.Shadley@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FRANCISCO JAVIER LAFAUX-RIVERA,<br>YIMMI MONTANO-PRECIADO, and<br>ANDRES FELIPE ANGULO-RODALLEGA.<br>*Defendant(s)* | Case No. 20-2368 JJO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about  February 26, 2020 , upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Steve Catherman
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  3/9/20

*Judge's signature*

City and state:  Miami, Florida

Hon. John J. O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

20-2368 JJO

## **AFFIDAVIT**

I, Steven Catherman, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Federal Bureau of Investigation (FBI) in Miami, Florida, and have worked in that capacity since May 2016. Prior to becoming an FBI Agent, I worked as a police Officer with the Tullytown Borough Police Department and the Abington Township Police Department from 2006-2016. I have worked in law enforcement for a total of 14 years. My official FBI duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

2. I submit this Affidavit based on information known to me personally, obtained from other law enforcement officers who have investigated this matter, and/or other individuals who have personal knowledge of the facts. The facts set forth herein do not constitute all the facts involved in this matter, only those that I believe are necessary to support a finding of probable cause

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against FRANCISCO JAVIER LAFAUX-RIVERA, YIMMI

MONTANO-PRECIADO, and ANDRES FELIPE ANGULO-RODALLEGA for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

4. On or about February 26, 2020, while on routine patrol in the Eastern Pacific, a United States Marine Patrol Aircraft (MPA) detected a Low Profile Vessel (LPV) approximately 80 nautical miles southeast of Malpelo Island, Colombia, in international waters. United States Coast Guard Cutter (USCGC) Hamilton received authorization to board the LPV based on the fact the LPV was reasonably suspected of being without nationality, displayed no indicia of nationality, and was located in international waters.

5. The boarding team observed contraband onboard the LPV in plain view. The vessel had no flag, no registration documents, no registration number/homeport/name/markings on the hull, and no master. The boarding team found three individuals on the LPV, and brought them on board a smaller USCG vessel for officer safety. Those individuals were YIMMI MONTANO-PRECIADO, ANDRES FELIPE ANGULO-RODALLEGA, and FRANCISCO JAVIER LAFAUX-RIVERA. All three individuals are Colombian nationals, and claimed the vessel departed from Buenaventura, Colombia. USCG then contacted Colombian authorities to assess the nationality of the vessel. Colombia could neither confirm nor deny the nationality of the vessel. Based on the investigation to that point, the USCG was authorized to treat the LPV as a vessel without nationality.

6. The boarding team recovered 45 bales of contraband from the vessel, which tested positive for cocaine, weighing approximately 1,154 kilograms. All three Defendants arrived in the

Southern District of Florida on March 8, 2020, and are currently in law enforcement custody.

7. Based on the foregoing facts, I submit that probable cause exists to believe that FRANCISCO JAVIER LAFAUX-RIVERA, YIMMI MONTANO-PRECIADO, and ANDRES FELIPE ANGULO-RODALLEGA, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute five kilograms or more of cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Steven Catherman
Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed before me
this 9 day of March, 2020
in Miami, Florida.

THE HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

3